**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000698
27-JUN-2025
08:15 AM
Dkt. 109 ODMR**

NO. CAAP-22-0000698

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CURTIS RYAN BEKKUM, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-22-0000240)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon review of Plaintiff-Appellee State of Hawaii's (**State**) Motion for Reconsideration (**Motion**) filed on June 19, 2025, the papers in support, and the record, it appears that the State presents no point of law or fact we overlooked or misapprehended. See Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, June 27, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge